UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABEL BRAVO,
on behalf of himself,
FLSA Collective Plaintiffs and the Class,

      Plaintiff,      12 Civ. 9044 (DLC)(JCF)

      v.

ESTABLISHED BURGER ONE LLC, et al.,

      Defendants.

---

---

JOSE MARTINEZ, SERGIO CERQUEDA,
and ENRIQUE ALLENDE,
on behalf of themselves,
FLSA Collective Plaintiffs and the Class,

      Plaintiffs,      13 Civ. 7532 (DLC)(JCF)

      v.

ESTABLISHED BURGER ONE LLC, et al.,

      Defendants.

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
CLASS REPRESENTATIVE SERVICE AWARDS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Representative Service Awards and in the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Awards and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting service awards to Named Plaintiffs Abel G. Bravo, Jose Martinez, Enrique Allende and Sergio Cerqueda, each in the amount of $10,000, in recognition of the services they rendered on behalf of the Class Members.

Dated: August 29, 2014

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: /s/ C.K. Lee
C.K. Lee (CL 4086)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
***Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class***