UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABEL BRAVO,
on behalf of himself,
FLSA Collective Plaintiffs and the Class,       12 Civ. 9044 (DLC)(JCF)

    Plaintiff,

v.

ESTABLISHED BURGER ONE LLC, et al.,

    Defendants.

---

JOSE MARTINEZ, SERGIO CERQUEDA,
and ENRIQUE ALLENDE,
on behalf of themselves,       13 Civ. 7532 (DLC)(JCF)
FLSA Collective Plaintiffs and the Class,

    Plaintiffs,

v.

ESTABLISHED BURGER ONE LLC, et al.,

    Defendants.

---

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed

Motion for Approval of Class Representative Service Awards ("Lee Dec."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $70,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $4,400; and (2) awarding CPT Group, as Claims Administrator, administration fees of $16,500.

Dated: August 29, 2014

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: /s/ C.K.Lee
          C.K. Lee (CL 4086)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          ***Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class***